**Robert J. CAIRE, curator for Dorothy Ebeling Sullivan,**

**v.**

**Walter A. SULLIVAN and Mrs. Jane Porter Jackson.**

**No. 47195.**

April 17, 1964.

In re: Walter E. Sullivan et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 162 So.2d 49.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

162 So.2d 573

**Ellis OLMSTEAD**

**v.**

**R. B. BENNETT, Acting Warden, Louisiana State Penitentiary, et al.**

**No. 47229.**

April 17, 1964.

In re: Ellis Olmstead applying for writ of habeas corpus.

Application denied. This Court is without appellate jurisdiction of habeas corpus proceedings in criminal matters. State ex rel. McIsaac v. Sigler, 236 La. 773, 109 So. 2d 89 and cases there cited. Nevertheless, since applicant appears in propria persona and is proceeding in forma pauperis, we have given consideration to the application as though it was one for remedial writs and find no merit in the complaint. The return of the trial judge and the answer of the State, together with certified copies of the extracts from the minutes of the proceedings before the Fifteenth Judicial District Court for the Parish of Vermilion show that applicant was lawfully sentenced for simple burglary on his plea of guilty and, on the trial below, he did not sustain his claim that he was denied the benefit of counsel.

162 So.2d 573

**STANDARD CASUALTY COMPANY et al.**

**v.**

**The FIDELITY & CASUALTY COMPANY OF NEW YORK et al.**

**No. 47196.**

April 17, 1964.

In re: Standard Casualty Company et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 162 So.2d 26.

Writ denied. No error of law under the facts found by the Court of Appeal.

SANDERS, J., is of the opinion that the writ should be granted.